UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 11-CR10199 |
| v. | |
| RAZVAN PASCU | |
| Defendant | |

GOVERNMENT'S LOCAL RULE 112.4(B)
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

| **Organizational Victim** | **Parent Corporation** |
|---|---|
| Bank of America, NA<br>100 N. Tryon St<br>Charlotte, NC 28255 | None |
| Webster Bank, NA<br>Webster Plaza<br>123 Bank Street PB805-2<br>Waterbury, CT 06702 | Webster Financial Corporation<br>3 Farm Glen Blvd.<br>Farmington, CT 06034 |
| Eastern Bank<br>605 Broadway - LF42<br>Saugus, MA 01906 | Eastern Bank Corporation<br>265 Franklin Street, BOS301<br>Boston, MA 02110 |

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By: */s/Amy Harman Burkart*
   Amy Harman Burkart
   Assistant U.S. Attorney

Dated: June 2, 2011

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/Amy Harman Burkart*
        Amy Harman Burkart
        Assistant United States Attorney

Date: June 2, 2011