UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 11-10199 (DPW) |
| v. | |
| RAZVAN PASCU<br>IONUT ALEXANDRU MOICEANU<br>Defendants | |

## JOINT STATUS REPORT

The Government and Mr. Feinberg, counsel for Defendant Razvan Pascu, submit this joint status report in advance of the Status Conference/Initial Pretrial Conference scheduled for August 16, 2011 at 3:00 p.m.

(1) Defendant Razvan Pascu has filed a Motion to Suppress and the Government has filed an Opposition. The parties are available for a suppression hearing on September 14, September 16, or any day the week of September 19, 2011. As there will likely be a number of witnesses at the suppression hearing, the Court may wish to schedule a full day or two consecutive days for the hearing.

An appropriate trial date will depend on the timing of the resolution of the suppression hearing. Both parties recognize they will need time to assess the viability of their cases and prepare for trial after the decision. However, as Defendant Razvan Pascu is in custody, a trial date as soon as practicable after a ruling is desirable.

(2)  A suppression hearing is currently pending.  Defense counsel would like the opportunity to fully review the voluminous discovery, which is being produced on a rolling basis, to determine if additional discovery motions are appropriate.

(3)  There are no current plea discussions.

(4)  Defendant Razvan Pascu requests a Romanian interpreter.

(5)  Defendant Razvan Pascu is in federal custody.

(6)  Defendant Ionut Alexandru Moiceanu is a fugitive.

(7)  The parties are aware of no other matters that should be addressed at the conference.

Respectfully submitted,

CARMEN M. ORTIZ

United States Attorney

By: */s/ Amy Harman Burkart*
    AMY HARMAN BURKART
    Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                    */s/ Amy Harman Burkart*
                                                  AMY HARMAN BURKART
                                                  Assistant United States Attorney

Dated: August 9, 2011