UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 11-10199-DPW |
| v. | |
| RAZVAN PASCU | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT U.S. ATTORNEY ADAM BOOKBINDER

Assistant United States Attorney Adam Bookbinder will be representing the United States as co-counsel for the government in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Adam Bookbinder*
ADAM J. BOOKBINDER
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Adam Bookbinder*

Dated: August 25, 2011