UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| |
| --- |
| UNITED STATES OF AMERICA |
| |
| v. |
| |
| RAZVAN PASCU |
| Defendant |

Crim. No. 11-CR-10199-DPW

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY SCOTT L. GARLAND

    Assistant United States Attorney Scott L. Garland will be representing the United States as co-counsel for the government in this matter.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney


By: */s/ Scott L. Garland*
    SCOTT L. GARLAND
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            */s/ Scott L. Garland*
                                            SCOTT L. GARLAND
                                            Assistant United States Attorney

Dated: August 31, 2011