# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**
            Plaintiff,

v.                                          Crim. No. 11-CR-10199-DPW

**RAZVAN PASCU,**
            Defendant.

## ASSENTED TO MOTION TO ENLARGE TIME
## FOR FILING POST-HEARING MEMORANDA

Now comes the Defendant, Razvan Pascu, and moves this Court to extend the time for filing post-hearing memoranda relative to the Defendant's Motion to Suppress. Memoranda are presently due on Friday, October 21, 2011. The Defendant requests that the date be extended by one week to Friday, October 28, 2011.

As grounds therefore, the Defendant says that due to the complexity of the issues and the density of the facts, additional time is necessary to prepare the memorandum. The government assents to the allowance of this motion.

                                        RAZVAN PASCU,
                                        by his attorneys,

Date:  10/18/11                         /s/ Matthew H. Feinberg
                                        Matthew H. Feinberg
                                        BBO #161380
                                        Matthew A. Kamholtz
                                        BBO #257290
                                        FEINBERG & KAMHOLTZ
                                        125 Summer St.
                                        Boston, MA  02110
                                        (617) 526-0700

**CERTIFICATE OF SERVICE**

I, Matthew A. Kamholtz, hereby affirm that the within document was this day filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic filing, and that paper copies will be sent to those indicated as non-registered participants.


Date:  10/18/11                         /s/ Matthew H. Feinberg
                                        Matthew H. Feinberg