```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,   )
                            )
                            )   CRIMINAL ACTION NO.
v.                          )   11-10199-DPW
                            )
RAZVAN PASCU,               )
                            )
          Defendant.        )
```

MEMORANDUM AND ORDER REGARDING RECUSAL
June 18, 2012

As the result of the death of a family member last month and the pending settlement of the estate, I might be deemed to have an interest in the putative victim to this proceeding, by virtue of the estate's ownership of Bank of America stock.  However, I am, at this point, of the view that recusal is not required in this case.  Ownership of widely held stock in a bank victim in a criminal case has been held not to constitute a grounds for recusal.  *United States v. Rogers*, 119 F.3d 1377, 1384 (9th Cir. 1997).  Nevertheless, in order to afford the parties an opportunity to consider the issue, I will entertain any submissions regarding recusal on this basis, received on or before 5:00 p.m., Friday, June 22, 2012.  Absent some objection or request for recusal by that time, the parties will be deemed to have waived the issue of recusal on this basis.

                                    */s/ Douglas P. Woodlock*
                                    DOUGLAS P. WOODLOCK
                                    UNITED STATES DISTRICT JUDGE