# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 11-CR-10199 (DPW)** |
| **Ionut Alexandru Mocieanu** | |
| **Defendant** | |

## DISMISSAL OF DEFENDANT IONUT ALEXANDRU MOCIEANU

The United States of America, pursuant to the Federal Rule of Criminal Procedure 48(a), hereby dismisses Defendant Ionut Alexandru Moiceanu from Counts 1 and 2 (all counts) of the Indictment returned in this matter on May 25, 2011. As grounds for the dismissal, the government states that Moiceanu was never arrested on the Indictment, is believed to have left the country after the arrest of his co-defendant in April 2011, and due to the resources that would need to be expended on a continued investigation and or prosecution at or after this date, it is not in the interest of justice to continue a criminal prosecution against him.

Respectfully Submitted,

*Carmen M. Ortiz*
Carmen M. Ortiz
U.S. Attorney
Amy Harman Burkart
Assistant U.S. Attorney

Dated: August 6, 2015

Leave to File Granted By:



Douglas P. Woodlock
U.S. District Judge